Leo S. Ward
Abbie Nordhagen Cziok
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Suite 101
P.O. Box 1697
Helena, MT  59624-1697
Telephone: (406) 443-6820
Facsimile:  (406) 443-6883
leow@bkbh.com
abbie@bkbh.com

*Attorneys for Titan Machinery, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT HOLY CROSS, | Case No. 19-CV-74-SPW-TJC |
| Plaintiff, | |
| v. | **DEFENDANT TITAN MACHINERY, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| CNH INDUSTRIAL AMERICA, LLC and TITAN MACHINERY, INC. | |
| Defendants. | |

Defendant Titan Machinery, Inc., submits this Corporate Disclosure

Statement in Compliance with Federal Rule of Civil Procedure 7.1:

No publicly traded corporation owns 10% or more of the stock of Titan

Machinery, Inc.

//

1

DATED this 23rd day of July, 2019.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.


By /s/ Leo S. Ward
    Leo S. Ward
    Abbie Nordhagen Cziok

*Attorneys for Titan Machinery, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2019, a true copy of the foregoing was served:

<u>*Via ECF to the following parties*</u>:

John Heenan
Heenan & Cook
1631 Zimmerman Trail, Suite 1
Billings, MT  59102

Gerry Fagan
Moulton Bellingham, PC
27 North 27th Street, Ste 1900
P.O. Box 2559
Billings, MT   59103-2559


 /s/ Leo S. Ward
BROWNING, KALECZYC, BERRY & HOVEN, P.C.