FILED
10/11/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT HOLY CROSS,<br><br>    Plaintiff,<br><br>vs.<br><br>CNH INDUSTRIAL AMERICA, LLC,<br>TITAN MACHINERY, INC.,<br><br>    Defendants. | CV 19-74-BLG-SPW-TJC<br><br>**ORDER** |

Defendant Titan Machinery, Inc. ("Titan") has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 18.) Good cause appearing, IT IS HEREBY ORDERED that Titan's motion is GRANTED.

Titan's counsel, Leo S. Ward, may appear by telephone at the October 22, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 11th day of October, 2019.

                                              TIMOTHY J. CAVAN
                                              United States Magistrate Judge