FILED
1/7/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ROBERT HOLY CROSS, <br><br> Plaintiff, <br><br> vs. <br><br> CNH INDUSTRIAL AMERICA, LLC, TITAN MACHINERY, INC., <br><br> Defendants. | CV 19-74-BLG-TJC <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 28), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that the telephonic Status Conference set for January 21, 2020 at 11:00 a.m. is VACATED.

DATED this 7th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge